No. 81–1138.  CONNECTICUT v. SMITH.  Super. Ct. Conn., New Haven County.  Certiorari denied.

No. 81–1140.  EAST COAST TENDER SERVICE, INC. v. DUTY ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 81–1145.  COOPER v. ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 81–1146.  RICHARDSON, ADMINISTRATOR v. CITY OF INDIANAPOLIS ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 81–1148.  BUTLER ET AL. v. UNITED STATES; and
No. 81–1237.  ANGELILLI v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  Reported below: 660 F. 2d 23.

No. 81–1149.  SLIGER ET AL. v. GEORGIA.  Sup. Ct. Ga. Certiorari denied.

No. 81–1151.  STEWART v. KUTNER ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 81–1153.  TOOKES v. GEORGIA.  Ct. App. Ga.  Certiorari denied.

No. 81–1155.  BADGETT v. ERSPAN.  C. A. 5th Cir. Certiorari denied.

No. 81–1156.  AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL–CIO v. FEDERAL LABOR RELATIONS AUTHORITY ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 81–1159.  BASZNER v. UNITED STATES; and
No. 81–1353.  CAGGIANO v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.  Reported below: 660 F. 2d 184.